UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>546 HOLDING CO., LLC,<br><br>        Defendant. | 21-cv-06337-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, Dkt. No. 27, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 23, 2022

VINCE CHHABRIA
United States District Judge